USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

# ARTHUR H. FORMAN
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

December 20, 2019

Hon. Analisa Torres
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re: Cindy Desir v. NYU Langone Medical System, et.al.
            Case No. 19-CV-8144 (AT)(SLC)

Dear Judge Torres:

    This office represents plaintiff Cindy Desir in the above referenced action alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. ("FLSA") and the New York Labor Law based on defendants alleged failure to pay plaintiff any wages while she worked as a Pharmacy Tech Intern. (Dkt. 1). By order filed October 15, 2019 (Dkt. 17), the action was referred to FLSA mediation, and on November 22, 2019 the mediation office assigned a mediator.

    Subsequently the mediator and parties scheduled mediation for 9:30 a.m. on February 11, 2020, in the court house. The parties respectfully request that the initial pre-trial conference, scheduled for 10:40 a.m. on January 6, 2020 (Dkt. 7), be adjourned until mediation has concluded.

    This is the first application for an adjournment. Counsel for defendants, Lisa Savadjian, joins in this request.

    The parties thank you for your consideration of this matter.

                                 Very truly yours,
                                 /S/
                               Arthur H. Forman

AHF/ms

---

GRANTED. The initial pretrial conference scheduled for January 6, 2020 is ADJOURNED to **February 20, 2020**, at **11:40 a.m.** By **February 13, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 20, 2019
       New York, New York

                         ANALISA TORRES
                      United States District Judge