# ARTHUR H. FORMAN
*Attorney at Law*
98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2019

December 23, 2019

Hon. Analisa Torres
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    Cindy Desir v. NYU Langone Medical System, et.al.
                      Case No. 19-CV-8144 (AT)(SLC)

Dear Judge Torres:

    This office represents the plaintiff in the above referenced FLSA action. By order dated December 20, 2019, the parties' joint motion to reschedule the initial conference was granted, and the conference was schedule for 11:40 A.M. on February 20, 2019 (DKT. 21). I write with the consent of Robert S. Whiteman, a partner with Seyfarth Shaw LLP, defendants' counsel to request a new date.

    I will be out of town on February 20, 2019. I have conferred with Both parties are available February 24-28, 2020 at any time convenient to the court.

    The parties thank you for your consideration of this request to again change the date of the initial conference.

                              Very truly yours,
                              /S/
                              Arthur H. Forman

AHF/ms

---

GRANTED. The initial pretrial conference scheduled for February 20, 2020 is RESCHEDULED to **February 19, 2020**, at **10:40 a.m.** By **February 13, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 23, 2019
       New York, New York

                              ANALISA TORRES
                              United States District Judge