

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020

lsavadjian@seyfarth.com
T (212) 218-3383

www.seyfarth.com

February 12, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Desir v. NYU Langone Health System, et al</u>
<u>Case No. 19-cv-08144-AT</u>

Dear Judge Torres:

On behalf of all parties in the above-referenced action, we write to respectfully request an adjournment of the February 19, 2020 initial conference and the February 13, 2020 deadline to submit the parties' joint letter and proposed Case Management Plan.

This action was referred to mediation on October 15, 2019 (Dkt. 17), and the Court's mediation office assigned a mediator on November 22, 2019. The mediator contacted the parties on December 13, 2019 and the parties scheduled the mediation for February 11, 2020.

The parties attended the mediation yesterday for several hours. Although they did not reach a settlement, their discussions are continuing with the assistance of the mediator. The parties expect to know within the next 2-3 weeks whether they will be able to resolve the matter. Thus, the parties respectfully request that the initial conference be adjourned so that they may continue their settlement discussions without incurring fees that may be unnecessary.

This is the parties' first request for an adjournment of the February 19, 2020 conference and the February 13, 2020 submissions deadline. Plaintiff's counsel joins in this request with the undersigned.

The parties thank the Court for its consideration of this request.

61764408v.1



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Lisa Savadjian*

Lisa Savadjian

cc: Counsel of record (by ECF)

---

DENIED. The initial pretrial conference remains scheduled for **February 19, 2020**. By **February 13, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 12, 2020
       New York, New York

ANALISA TORRES
United States District Judge