UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY DESIR, on behalf of herself, FLSA Collective Plaintiffs and the Class,

                Plaintiff,

-against-

NYU LANGONE HEALTH SYSTEM, and NICOLE REISS,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/3/2020  
```

19 Civ. 8144 (AT) (SLC)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Sarah L. Cave for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated: March 3, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge