**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

CINDY DESIR, *on behalf of herself, FLSA Collective Plaintiffs and the Class*

Plaintiff,

-v.-

NYU LANGONE HEALTH SYSTEM, and NICOLE REISS,

Defendants.

---------------------------------------------------------------------X

Case No. 19-CV-08144 (AT)

**DECLARATION IN SUPPORT OF MOTION FOR COLLECTIVE ACTION CERTIFICATION**

CINDY DESIR, declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in the above-captioned action, and respectfully submit this declaration in support of my motion for court approval to send notice to all persons who are or have been Pharmacy Tech Interns for defendants within the past six years.

2. From on or about July 7, 2016 until on or about June 25, 2018, I was employed by defendants as a paid, part-time Admitting Room Rep.

3. On January 22, 2018, while continuing to work as an Admitting Room Rep, I joined defendants' internship program to train as a Pharmacy Tech. I attended the program five days per week for 40 hours per week with one-half hour for lunch. I successfully completed the program on May 22, 2018. I did not pay to attend the internship, and no wages were paid to me for the time I spent in the program, which was a total of 600 hours.

4. Although the pharmacy internship was presented to me as a non-salaried educational program, in actual practice there was much more work than education or instruction. For the great majority of the 600 hours of the internship, I was required to perform the same work as the paid pharmacy techs.

5. Formal classroom instruction was scheduled for only one or two hours each week. Even so, the employees who were supposed to teach class frequently cancelled because they had too much work to do in the pharmacy. When the classes were cancelled, they were rarely rescheduled.

6. Each time I was assigned to a new work station in the pharmacy, a paid pharmacy tech would provide me with instruction for less than a day. Over the following two weeks, I would perform the duties I had been shown to do in that section. The pharmacy tech I was supposed to shadow would do his or her own work while I would be assigned to do actual work, not practice, without direct supervision.

7. I understood that the reason NYU did not charge interns a fee to take the program was because the hospital preferred to hire pharmacy techs who were trained in the specific procedures and techniques that NYU pharmacists performed, rather than having to hire pharmacy techs who were trained in the procedures used in other pharmacies.

8. One of the tasks I was taught was specific to the pharmacy in NYU and could not be used in other pharmacies. I spent two weeks sending medicine through the pneumatic tubes to different wards and clinics in the hospital. The pneumatic tube system was particular to NYU and the training I received and the work I performed for two weeks was not useful anywhere else. Every pharmacy intern was required to rotate in every work station, including two weeks using the pneumatic tube system.

9. During the approximately seventeen weeks of the internship, I spoke to the other intern, Bethany, almost every day. We had lunch at the same time, and ate together.

10. Bethany and I often complained to each other at lunch that we were given a great deal of responsibility even though we were only supposed to be shadowing the paid pharmacy techs. We discussed how short staffed and busy it was in the pharmacy. We expressed how much pressure we felt because we were given too much work to do. We all complained to each other that it was not fair that NYU was using us to do their work for free.

11. In addition to meeting with her at lunch, I also observed Bethany working in the pharmacy on a daily basis. Because the pharmacy is not very large, I could see that she was doing the same type of work I did, and that she was not being supervised. I also could see how rushed and pressured she appeared to be.

12. Another intern, Kelly, dropped out of the program after two weeks. She told me the work was far more intense than she thought it would be, and if she had to work full-time, she wanted to be paid for it.

13. Additionally, I had several conversations with two paid pharmacy techs, Renee and Kiara, who were hired by NYU after completing the NYU pharmacy tech internship. They told me they had experienced the same intense pressure when they were interns. They said for almost all 600 hours of their internship they were required to perform actual work without pay even though they were only supposed to be practicing.

13. I know there are security cameras in every area of the pharmacy. I am sure they can show pharmacy tech interns working all day, almost every day, without supervision.

14. Upon information and belief, none of the interns received wage statements or signed a wage notice because it was an unpaid internship for everyone in the program. I believe NYU does not dispute this.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 9th, 2020

Cindy Desir