UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY DESIR,

        Plaintiff,

against

NYU LANGONE HEALTH SYSTEM, et al.,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 8144 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's Motion to Certify Class and supporting papers (ECF Nos. 32–34), and of Defendants' Letter-Response in Opposition (ECF No. 36).

This matter has been referred to the undersigned for general pre-trial management, which includes a Report and Recommendation on the motion for class certification. (ECF No. 31). Accordingly, the filing and briefing of this motion shall comply with the undersigned's individual practices, which do not require a pre-motion conference for this motion. These rules do, however, require a party requesting an extension to meet and confer with the opposing party to seek consent. After the meet and confer, Defendants must then file a Letter-Motion on the docket in accordance with Section I.D. of the undersigned's individual practices, available at: https://www.nysd.uscourts.gov/hon-sarah-l-cave. At this time, then, Defendants' requested extension is DENIED without prejudice.

Dated:     New York, New York
            March 17, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge