# EXHIBIT D

# ENROLLMENT AGREEMENT (To be completed by candidate prior to starting program)

Name: Cindy Desir  
Program Start Date: 01/16/2018  
Address: [redacted]  
Home Phone #: N/A  
Business Phone #: N/A  
Other Phone #: [redacted]  
Email: [redacted]  

NYU Hospitals Center ("NYUHC") agrees to provide the Registrant the NYU Hospitals Center Pharmacy Technician Certificate Program (the "Program") in accordance with the terms and conditions set forth below:

**Financial**
Currently, there is no tuition for the program. The student, however, will be responsible for purchase of the required text book, which is listed in the program brochure.

**Course Completion and Transcripts**
Certificates of completion and transcripts will not be issued unless the student has met all academic requirements (refer to program manual for specific requirements) and financial obligation stated above. In the instance the student does not complete the required hours in the amount of time allotted and/or does not maintain a passing grade in all modules and/or incurs disciplinary action, the student may be subject to removal from the program.

**Student Work Policy**
All student activities associated with the curriculum will be educational in nature. Students will not be receiving any monetary remuneration during this educational experience, nor will he or she be substituted for hired staff personnel within the clinical institution, in the capacity of a Pharmacy Technician. A student may continue to work outside the program as long as passing of modules is maintained, there are no delays in the submission of required homework assignments and there are no demonstrable symptoms such as lack of sleep, inappropriate requests to leave early or undue lateness. If a student is working during the program, they will not be allowed to work more than 12 hours contiguously (combining both program and work).

I hereby give consent to the Program to verify references. Also, I certify that the information contained in the application and all submitted documents are correct and complete and that I have not withheld any information that would negatively impact my application. If this statement is untrue, I understand that I may be subject to immediate disqualification or dismissal from this program. Completion of this program does not guarantee employment at NYULMC. I understand that an offer for employment is contingent upon pasting the PTCP within (add time here) of completing the program.

Applicant Signature: [signed]  
Date: 12/21/17

NYU Langone Medical Center is an equal opportunity and affirmative action employer committed to diversity and inclusion in all aspects of recruiting and employment. All qualified individuals are encouraged to apply and will receive consideration without regard to race, color, gender, gender identity or expression, sexual orientation, national origin, age, religion, creed, disability, military and veteran status, genetic information or any other factor which cannot lawfully be used as a basis for an employment decision. We require applications to be completed online. If you wish to view NYU Langone Medical Center's EEO policies, please visit http://careers.nyumc.org/why-choose-nyulmc/~/media/Sites/NYULMC/EEO-Policy-Statements-2013.pdf. Please visit http://careers.nyumc.org/why-choose-nyulmc/~/media/Sites/NYULMC/eeoc_self_print_poster2009update.pdf to view the Federal "EEO is the law" poster or visit http://www1.eeoc.gov/employers/poster.cfm for more information.