UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY DESIR,

                Plaintiff,

-v-

NYU LANGONE HEALTH SYSTEM, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8144 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the status conference held today, July 6, 2021, the Court orders as follows:

1. By **July 20, 2021**, Plaintiff shall file either: i) a motion for leave to permit joinder of a potential plaintiff who consented to join the suit after the expiration of the opt-in deadline (the "Motion); or ii) a letter advising that she will not file the Motion; and

2. All current case deadlines are ADJOURNED sine die pending the Court's receipt of Plaintiff's filing on July 20, 2021. In the event Plaintiff files the Motion and it is granted, the Court will set a schedule for the completion of discovery and for Defendants' motion, if any, to decertify the conditionally certified collective action. In the event Plaintiff files the Motion and it is denied or Plaintiff elects not to file the Motion, the Court will set a schedule for the parties to move for summary judgment in accordance with the practices of the Honorable John P. Cronan.

Dated:     New York, New York
           July 6, 2021

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**