UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY DESIR,

                Plaintiff,

-v-                              CIVIL ACTION NO.: 19 Civ. 8144 (JPC) (SLC)

NYU LANGONE HEALTH SYSTEM, et al.,      **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

Having been advised by Plaintiff that she will not seek leave to permit joinder of a potential plaintiff who consented to join the suit after the expiration of the opt-in deadline and that (ECF No. 61), and having been advised by the parties at the July 6, 2021 status conference that no other potential plaintiffs consented to join the suit before the opt-in deadline and that no further discovery is necessary, the Court orders as follows:

1. By **August 19, 2021**, any party intending to move for summary judgment shall file a pre-motion letter addressed to the Honorable John P. Cronan in accordance with Judge Cronan's Individual Rules and Practices.

Dated:     New York, New York
            July 20, 2021

                                        SO ORDERED

                                        _/s/ Sarah L. Cave_
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**