

Seyfarth Shaw LLP<br>
620 Eighth Avenue<br>
New York, New York  10018<br>
T (212) 218-5500<br>
F (212) 218-5526<br>
<br>
rwhitman@seyfarth.com<br>
T (212) 218-5629<br>
<br>
www.seyfarth.com

August 18, 2021

**VIA ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    *Re:*    *Desir v. NYU Langone Hospitals, et al.*
           Case No. 19-cv-08144-JPC

Dear Judge Cronan:

      This firm represents the Defendants in the above-referenced matter, a wage-and-hour action under the Fair Labor Standards Act and New York Labor Law. We write jointly with Plaintiff's counsel to advise the Court that the parties have reached a settlement in principle to resolve this matter in its entirety.

      Pursuant to Judge Cave's Order dated July 20, 2021 (ECF No. 62), the deadline to initiate the summary judgment process is August 19, 2021. In light of the settlement, the parties respectfully request that this and all other deadlines be stayed pending completion of the settlement papers and submission of the motion for court approval, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      On behalf of all parties, we thank the Court for its attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Robert S. Whitman*

Robert S. Whitman

cc:    Counsel of record (by ECF)

---

The motion to stay is granted. The parties shall have until October 18, 2021 to submit any settlement requiring Court approval under Cheeks v. Freeport Pancake House, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information.

SO ORDERED.
Date: August 24, 2021
New York, New York

                            JOHN P. CRONAN
                           United States District Judge