**ARTHUR H. FORMAN**

*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

October 15, 2021

Hon. John P. Cronan
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:    Cindy Desir v. NYU Langone Medical System, et.al.
       Case No. 19-CV-8144 (JPC)(SLC)

Dear Judge Cronan:

This office represents the plaintiff in the above referenced FLSA action. By Order dated August 24, 2021, the parties were directed to submit a request for court approval of any settlement by October 18, 2021. (Dkt. 64)  I write with the consent of Defendants' counsel, Robert S. Whitman, to request a two-week extension, until November 1, 2021.

The parties have agreed to the terms of a formal settlement agreement and the language of a joint letter motion for court approval.  However, the additional time is needed to have the agreement fully executed by all parties.

The parties thank you for your consideration of this request.

Respectfully submitted,

s/_____
Arthur H. Forman

:AHF